```
                              United States Bankruptcy Court
                              Eastern District of Wisconsin
In re:                                                              Case No. 13-23751-svk
Brendan F. Moss                                                     Chapter 7
Julie A. Nelson
        Debtors
                                CERTIFICATE OF NOTICE
District/off: 0757-2         User: jam              Page 1 of 2          Date Rcvd: Dec 05, 2013
                             Form ID: assnot3       Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2013.
db/jdb    +Brendan F. Moss,   Julie A. Nelson,   N9649 Gina Drive,   Appleton, WI 54915-9325
aty       +Michael P. Schoenbohm,   516 E. Wisconsin Avenue,   Appleton, WI 54911-4863
aty       +Thomas B. Sewall,   Di Renzo & Bomier, LLC,   Two Neenah Center,   Suite 701,
            Neenah, WI 54956-3094
tr        +Titania D. Whitten,   3333 N. Mayfair Road,   Suite 212,   Wauwatosa, WI 53222-3219
8244693   +Associated Bank,   1305 Main Street,   Stevens Point, WI 54481-2898
8299439  ++COMMUNITY FIRST CREDIT UNION,   PO BOX 1487,   APPLETON WI 54912-1487
           (address filed with court: Community First Credit Union,   PO Box 1487,
            Appleton, WI 54912-1487)
8244698   +Chaps,   N5367 Mayflower Road,   Shiocton, WI 54170-8934
8244703    Credit Systems Fox Valley,   P.O. Box 528,   Neenah, WI 54957-0528
8244706    GECRP,   P.O. Box 530939,   Atlanta, GA 30353-0939
8244707   +Harris N.A.,   P.O. Box 6021,   Carol Stream, IL 60197-6021
8244708    Health Payment Systems,   c/o Associated Trust Co.,   Dept. 9200, P.O. Box 1450,
            Milwaukee, WI 53201-1450
8244712   +Nova,   3240 Jackson St.,   Oshkosh, WI 54901-1208
8244713  #+Options Treatment,   4000 W. Spencer St.,   Appleton, WI 54914-4015
8244714    Outagamie County Clerk Courts,   320 W. Walnut Street,   Appleton, WI 54911
8244715    PayPal Credit,   P.O. Box 960080,   Orlando, FL 32896-0080
8244718    Thedacare,   Box 880810,   Milwaukee, WI 53288-0810
8244719   +Thedacare Behavioral Health,   1095 Midway Road,   Menasha, WI 54952-1115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust       +E-mail/Text: ustpregion11.mi.ecf@usdoj.gov Dec 06 2013 00:39:14    Office of the U. S. Trustee,
            517 East Wisconsin Ave.,   Room 430,   Milwaukee, WI 53202-4510
cr        +EDI: BASSASSOC.COM Dec 06 2013 00:28:00    Capital One, N.A.,   Bass & Associates, P.C.,
            3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
8244694    EDI: BANKAMER.COM Dec 06 2013 00:28:00    Bank of America,   Attn: Bankruptcy Department,
            1000 Samoset Drive,   Wilmington, DE 19884-2211
8244695    EDI: BANKAMER.COM Dec 06 2013 00:28:00    Bank of America,   P.O. Box 851001,
            Dallas, TX 75285-1001
8244696    EDI: HFC.COM Dec 06 2013 00:28:00    Best Buy/HSBC Retail Services,   P.O. Box 5222,
            Carol Stream, IL 60197-5222
8244700    EDI: CITICORP.COM Dec 06 2013 00:28:00    CitiCorp Credit Services, Inc.,
            Centralized Bankruptcy Dept.,   P.O. Box 20507,   Kansas City, MO 64195-9903
8244697    EDI: RMSC.COM Dec 06 2013 00:28:00    Care Credit,   P.O. Box 960061,   Orlando, FL 32896-0061
8244699    EDI: CHASE.COM Dec 06 2013 00:28:00    Chase,   P.O. Box 94014,   Palatine, IL 60094-4014
8244701   +EDI: WFNNB.COM Dec 06 2013 00:28:00    Comenity-American,   P.O. Box 659705,
            San Antonio, TX 78265-9705
8244704    EDI: DISCOVER.COM Dec 06 2013 00:28:00    Discover Card,   Attn: Melissa Wilson, BK Dept.,
            P.O. Box 8003,   Hilliard, OH 43026
8244705   +EDI: RMSC.COM Dec 06 2013 00:28:00    GE Money Bank,   Bankruptcy Dept.,   P.O. Box 103104,
            Roswell, GA 30076-9104
8244709    EDI: IRS.COM Dec 06 2013 00:28:00    Internal Revenue Service,   P.O. Box 7346,
            Philadelphia, PA 19101-7346
8244710   +EDI: CBSKOHLS.COM Dec 06 2013 00:28:00    Kohl's Payment Center,   P.O. Box 2983,
            Milwaukee, WI 53201-2983
8244711    EDI: HFC.COM Dec 06 2013 00:28:00    Menards,   Retail Services,   Dept. 7680,
            Carol Stream, IL 60116-7680
8244716    EDI: SEARS.COM Dec 06 2013 00:28:00    Sears Card,   P.O. Box 183082,   Columbus, OH 43218-3082
8244717    EDI: WTRRNBANK.COM Dec 06 2013 00:28:00    Target Card,   P.O. Box 660170,
            Dallas, TX 75266-0170
8244721    E-mail/Text: Bankruptcy-Notifications@we-energies.com Dec 06 2013 00:38:21    WE Energies,
            P.O. Box 2046,   Milwaukee, WI 53201-2046
8244722   +EDI: WISCDEPREV.COM Dec 06 2013 00:28:00    WI Dept. of Revenue,   Special Procedures Unit,
            P.O. Box 8901,   Madison, WI 53708-8901
8244720   +EDI: RMSC.COM Dec 06 2013 00:28:00    Walmart Discover,   P.O. Box 960024,
            Orlando, FL 32896-0024
                                                                                             TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Titania D. Whitten,   3333 N. Mayfair Road,   Suite 212,   Wauwatosa, WI 53222-3219
cr*       ++COMMUNITY FIRST CREDIT UNION,   PO BOX 1487,   APPLETON WI 54912-1487
            (address filed with court: Community First Credit Union,   P O Box 1487,
             Appleton, WI 54912-1487)
8244702*  ++COMMUNITY FIRST CREDIT UNION,   PO BOX 1487,   APPLETON WI 54912-1487
            (address filed with court: Community First Credit Union,   W6089 County Road KK,
             Appleton, WI 54915)
                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2013 at the address(es) listed below:

              Michael P. Schoenbohm    on behalf of Debtor Brendan F. Moss cmh@schoenbohmlaw.com
              Michael P. Schoenbohm    on behalf of Joint Debtor Julie A. Nelson cmh@schoenbohmlaw.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Thomas B. Sewall    on behalf of Debtor Brendan F. Moss tsewall@direnzolaw.com
              Thomas B. Sewall    on behalf of Joint Debtor Julie A. Nelson tsewall@direnzolaw.com
              Titania D. Whitten    on behalf of Trustee Titania D. Whitten trustee@whittendusell.com, WI50@ecfcbis.com
              Titania D. Whitten    trustee@whittendusell.com, WI50@ecfcbis.com
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISRICT OF WISCONSIN

In re
Brendan F. Moss and
Julie A. Nelson,
        Debtors.

Chapter 7
Case No. 13−23751−svk

**NOTICE OF RECOVERY OF ASSETS AND OPPORTUNITY TO FILE PROOF OF CLAIM**

    When the above debtors filed this bankruptcy case, creditors received a notice that they did not need to file a proof of claim because there were no assets available. Since the date of that notice, the trustee has recovered or will be recovering assets, and it is possible that the trustee may be able to distribute some funds to creditors.

    To be eligible to receive a portion of any distributed funds, a creditor **must** file a proof of claim with the Clerk of the United States Bankruptcy Court on or before March 7, 2014. Creditors who do not file a proof of claim on or before March 7, 2014 **WILL NOT** receive any funds from the estate. (If you already have filed a proof of claim, you do not need to file another one.)

    You are not required to pay a fee to file a proof of claim. The Proof of Claim can be filed online at the court's website (www.wieb.uscourts.gov). Look for *File a Claim On−line* under the section titled *Information for Creditors*. After completing and submitting the form you have an opportunity to print a file−stamped copy of the form. An alternate method is to obtain a Proof of Claim form (www.wieb.uscourts.gov), fill it out and mail it to us. Look for the fillable Proof of Claim − B 10 form under the section Bankruptcy Forms − Local Forms. Upon completing the form, you may send it by regular mail to:

    Clerk of U.S. Bankruptcy Court
    517 East Wisconsin Avenue, Room 126
    Milwaukee, WI 53202−4581

    If you want confirmation that we received your proof of claim, please enclose with the completed proof of claim a photocopy of the proof of claim, along with a self−addressed, stamped envelope.

Dated: December 5, 2013                               **JANET L. MEDLOCK**
                                                    Clerk of Court

                                                    By:   Jennifer M.
                                                            Deputy Clerk